FILED

Rev. 5/20

# United States District Court

## Middle District of Florida
### Fort Myers Division

2022 NOV -2 PM 1:27

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Dillon David Donohoe

*(In the space above enter the full legal name of the plaintiff)*

-against-

Yes Care Medical Services

Bonnie Gould-Hanlon D.M.S.

Medical Escort Officers

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

Case No. 2:22-cv-00703-SPC-NPM

(To be filled out by Clerk's
Office only)

## COMPLAINT

(*Pro Se* Confined Litigant)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Donohoe, Dillon, D
_____
Name (Last, First, MI)                                    Aliases

47011
_____
Identification #

Charlotte County Jail
_____
Place of Detention

26601 Airport Rd
_____
Institutional Address

Charlotte Punta Gorda FL        33982
_____
County, City                    State           Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/20

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Yes Cave
Name (Last, First)

Correctional Institution Medical Provider
Current Job Title

26601 Airport Rd
Current Work Address

Charlotte Punta Gorda    FL    33982
County, City            State        Zip Code


Defendant 2:    Gould-Hanlon , Bonnie
Name (Last, First)

Director of Medical Services
Current Job Title

26601 Airport Rd
Current Work Address

Charlotte Punta Gorda    FL    33982
County, City            State        Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: _Unknown Medical Escort officers_

Name (Last, First)

_Corrections Deputies (x2)_

Current Job Title

_26601 Airport Rd_

Current Work Address

_Charlotte Punta Gorda, FL    33982_

County, City                  State              Zip Code

Defendant 4: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City                  State              Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:        Charlotte County Jail

Date(s) of occurrence:    9/27/22

State which of your federal constitutional or federal statutory rights have been violated:

Right to Adequate Medical Care, Fail
to Treat, Deliberat Indifference

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P. 10(b).*

FACTS:

<table>
<tr><td>What<br>happened to<br>you?</td><td>Due to underlying Medical Condition<br>Plaintiff is designated in Chronic<br>Care Status. Plaintiff Had a Medical<br>Services Appointment on 9/27/22.<br>Plaintiff is in a Secured Dormitory<br>Under Survellance Twenty four Hours<br>a Day Plaintiff Has Filed in<br>excess of Thirty (30) medical<br>Service (Sick Call) Forms. Plaintiff<br>has been Seen only by Nurses<br>on two Occasions For Serious<br>underlying and Progressive Medical<br>Complaints. Plaintiff was not Aware of<br>the Appointment to See a Physician<br>on 9/27/22 and Filed Grievances<br>As a Result of Prolonged denial</td></tr>
</table>

Rev. 5/20

of Medical Services Per Grievance
Reference #'s 13,264,434 and 13,286,955
The Plaintiff was informed that it

Who did
what?

was indicated that 1) Plaintiff Refused
Medical Services and 2) Plaintiff
Signed a Medical Services Refusal
Form. The Plaintiff did not, at
any time, Refuse Medical Services
or Sign Any waiver. Plaintiffs
Assertions Can be verified by
Video Surveillance which Monitors
Plaintiff in his Cell Twenty four
Hours a day to Specifically include
9/27/22 And no medical Escort
officers or Medical Staff Approached
Plaintiff, Provided Plaintiff with Any
Document, or obtained Any
Signature. The Defendants Have
Collectively denied Plaintiff access
to Medical Care in Violation of
His Constitutional Rights they have Failed
and Refused to treat Serious medical
Conditions, and they have displayed
deliberate indifference to the Plaintiffs
Serious Medical Conditions

Because of Plaintiffs Classification status
it Requires two(2) officers to escort Him And
They Did not Respond

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

> Was anyone
> else
> involved?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 5/20

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Injuctive Relief Requirement of digital
and Verified Refusal for Medical Services
Recept or Refusals

Notations in all Personel Conduct Files
for all Parties involved

Compensatory Damages of $10,000 As to
Each Defendant

Rev. 5/20

## VIII.  LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

***ALL LITIGANTS MUST ANSWER:.***

Have you to date brought any other lawsuits in state or federal court while a confined?   ☒ Yes   ☐ No

If yes, how many?   3

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Donohoe v. Cameron    Law Library Access
Withdrawn

Donohoe v. Heine    Excessive Force
Pending

Donohoe v. Herden Et al    Excessive Force
Pending

Rev. 5/20

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case**.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10/28/22
Dated

Plaintiff's Signature

Donohoe    Dillon    D
Printed Name (Last, First, MI)

47011
Identification #

Charlotte County Jail    Punta Gorda    FL    33982
Institutional Name           City           State    Zip Code